# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

OGM LTD. dba CLEAN WATER, LTD.,

    Plaintiff,

v.

KUBCO DECANTER SERVICES, INC.,

    Defendant.

Case No. 2:13-cv-829
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## ORDER

In their stipulation dismissing Plaintiff's complaint with prejudice and Defendant's counterclaim without prejudice, the parties ask this Court for an order dismissing this case, stating that the Court retains jurisdiction over this case for the sole purpose of enforcing the Settlement Agreement, and vacating the trial date of March 16, 2015.  The Court therefore **DISMISSES** Plaintiff's complaint and **DISMISSES WITHOUT PREJUDICE** Defendant's counterclaim, subject to the Court's continuing jurisdiction over the Settlement Agreement filed by the parties.  The Court hereby vacates all future dates in this matter, including the trial date of March 16, 2015.

    **IT IS SO ORDERED**.

        /s/ Gregory L. Frost_____
        GREGORY L. FROST
        UNITED STATES DISTRICT JUDGE